IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RESORT OF PALM BEACH, LLC, | Case No. 06-10798 (KG) |
| Debtor. | |

**NOTICE OF APPEAL OF: (I) ORDER GRANTING IN PART, AND CONTINUING, IN PART, MOTION OF CITYPLACE RETAIL, LLC, TO COMPEL THE DEBTOR'S IMMEDIATE PERFORMANCE OF INSURANCE OBLIGATIONS AND PAYMENT OF POST-PETITION RENT AND LEASE CHARGES AS REQUIRED BY THE TERMS OF A NONRESIDENTIAL REAL PROPERTY LEASE WITH CITYPLACE RETAIL, LLC, AND 11 U.S.C. § 365(D)(3); AND (II) ORDER DENYING MOTION OF DEBTOR FOR ORDER ALTERING, AMENDING AND MODIFYING SEPTEMBER 29, 2006 DECISION AND ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9023 AND/OR 9024 AND BANKRUPTCY CODE SECTION 105**

Resort of Palm Beach, LLC (the "Debtor"), through counsel, hereby appeals under 28 U.S.C. § 158(a) from: (i) the Order Granting, In Part, And Continuing, In Part, Motion Of CityPlace Retail, LLC, To Compel The Debtor's Immediate Performance Of Insurance Obligations And Payment Of Post-Petition Rent And Lease Charges As Required By The Terms Of A Nonresidential Real Property Lease With CityPlace Retail, L.L.C., And 11 U.S.C. § 365(d)(3) (D.I. 88); and (ii) the Order Denying Motion Of Debtor For Order Altering, Amending And Modifying September 29, 2006 Decision And Order Pursuant To Federal Rules Of Bankruptcy Procedure 9023 And/Or 9024 And Bankruptcy Code Section 105 (D.I. No. 170) (collectively, the "Orders").

#8176329 v1

-2-

The names of the parties to the Orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **APPELLANT:** | **Resort of Palm Beach, LLC** |

Represented by:

David B. Stratton, Esq.
James C. Carignan, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
Telephone: 302.777.6500

and

Douglas E. Spelfogel, Esq.
Richard Bernard, Esq.
Baker & Hostetler LLP
666 Fifth Avenue
New York, NY 10103
Telephone: 212.589.4200

| | |
|---|---|
| **APPELLEE:** | **CityPlace Retail, L.L.C.** |

Represented By:

Tobey M. Daluz, Esq.
Jennifer A.L. Kelleher, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302.252.4465

and

Thomas J. Leanse, Esq.
Brian D. Huben, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600

                                        Los Angeles, CA  90067-3012
                                        Telephone: 310.788.4400

**U.S. TRUSTEE:**    Office of the United States Trustee

Margaret Harrison, Esq.
844 King Street, Suite 2207
Wilmington, DE  19801
Telephone:  302.573.6492

Dated:  December 8, 2006          Respectfully submitted,
Wilmington, DE

_____

PEPPER HAMILTON LLP
David B. Stratton (No. 960)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

and

Douglas E. Spelfogel, Esq.
Richard J. Bernard, Esq.
BAKER & HOSTETLER LLP
666 Fifth Ave.
New York, NY  10103
(212) 589-4200

*Counsel for debtor and debtor-in-possession*

-3-

#8176329 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RESORT OF PALM BEACH, LLC, | : | Case No. 06-10798 (KG) |
| | : | |
| Debtor. | : | Re: D.I. No. 109 |

**ORDER DENYING MOTION OF DEBTOR FOR ORDER
ALTERING, AMENDING AND MODIFYING SEPTEMBER 29, 2006
DECISION AND ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY
PROCEDURE 9023 AND/OR 9024 AND BANKRUPTCY CODE SECTION 105**

UPON THE MOTION (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for Order Altering, Amending and Modifying September 29, 2006 Decision and Order (the "Order") Pursuant to Federal Rules of Bankruptcy Procedure 9023 and/or 9024 and Bankruptcy Code Section 105, and having reviewed the Motion and all papers related thereto filed, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient, for the reasons stated on record at the hearing held on November 14, 2006,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

2. At the hearing on September 21, 2006, the parties submitted substantial evidence including testimony, late into the night. The parties placed at issue and the extensive record addressed the issue which the Court decided and on which the Debtor now requests the Court's reconsideration. The Court rejects Debtor's assertion that the issue of the 2003 and 2004 additional charges was not before the Court. Debtor fully presented its evidence regarding the 2003 and 2004 charges, made closing argument and did not seek or indicate it sought limited application of the Court's ruling.

3. The Court shall retain jurisdiction over all matters arising from the interpretation or implementation of this Order.

Dated: November 28, 2006

*[signature]*
JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: <u>06-10798</u>   ● BK   O AP
If AP, related BK Case Number: _____

Title of Order Appealed:

<u>Order Granting in Part, and Continuing, in Part, Motion of CityPlace Retail, LLC, to Compel the Debtor's Immediate Performance of Insurance Obligations and Payments of Post-Petition Rent and Lease Charges as Required by the Terms of a Nonresidential Real Property Lease with CityPlace Retail, LLC, and 11 U.S.C. section 365 (D)(3); and (II) Order Denying Motion of Debtor for Order Altering, Amending and Modifying September 29, 2006 Decision and Order</u>

Docket Number: <u>88 & 170</u>   Date Entered: <u>9/29/06 & 11/29/06</u>

Item Transmitted:   ●Notice of Appeal         o Motion for Leave to Appeal
                   o Amended Notice of Appeal  o Cross Appeal

Docket Number: <u>186</u>   Date Filed: <u>12/8/06</u>

*Appellant/Cross Appellant:         *Appellee/Cross Appellee

<u>Resort of Palm Beach</u>              <u>Cityplace Retail, L.L.C.</u>

Counsel for Appellant:              Counsel for Appellee:
<u>James C. Carignan</u>                 <u>Jenifer A.L. Kelleher, Esq</u>
<u>Pepper Hamilton LLP</u>               <u>Ballard, Spahr, Andrews & Ingersoll, LLP</u>
<u>Hercules Plaza, Suite 5100</u>        <u>919 N. Market Street, 12th Floor</u>
<u>1313 N. Market Street</u>             <u>Wilmington, DE 19801</u>
<u>Wilmington, DE 19899-1709</u>

Filing Fee paid?   ●Yes   o No

IFP Motion Filed by Appellant?   o Yes   ● No

Have Additional Appeals to the Same Order been Filed?   o Yes   ● No
   If so, has District Court assigned a Civil Action Number?   o Yes   o No   Civil Action #_____

Additional Notes:
_____

12/29/06                                By: <u>Nancy L'Heureux</u>
Date                                    Deputy Clerk

_____

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06