## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RESORT OF PALM BEACH, LLC,** | ) | Case No.  06-10798 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

### DESIGNATION BY APPELLEE CITYPLACE RETAIL, L.L.C.
### OF ADDITIONAL ITEMS TO BE INCLUDED
### IN THE RECORD ON APPEAL (Fed.R.Bankr.Proc. 8006)
### (RELATES TO DOCKET NOS. 186 AND 203)

CityPlace Retail, L.L.C. ("CityPlace"), the Appellee in the appeal arising from the Notice of Appeal (*see* Docket No. 186) filed by Debtor and Appellant Resort of Palm Beach, LLC, hereby designates the following additional items to be included in the record on appeal pursuant to Fed.R.Bankr.Proc. 8006:

1.     Debtor-in-Possession Monthly Operating Report for Filing Period July 31, 2006 through August 15, 2006 (Docket No. 23).

2.     Exhibit to Debtor's Initial Monthly Operating Report (Docket No. 28).

3.     Notice of Supplemental Certificate of Liability Insurance (Docket No. 71).

4.     Notice of Agenda of Matters Scheduled for Hearing on September 21, 2006 (Docket No. 73).

5.     Amended Notice of Agenda of Matters Scheduled for Hearing on September 21, 2006 (Docket No. 74).

6.     Debtor-In-Possession Monthly Operating Report for Filing Period August 2006 (Docket No. 78).

1

7.    Debtor-In-Possession Monthly Operating Report for Filing Period September 2006 (Docket No. 125).

8.    Notice of Agenda of Matters Scheduled for Hearing on November 14, 2006 (Docket No. 146).

9.    Amended Notice of Agenda of Matters Scheduled for Hearing on November 14, 2006 (Docket No. 150).

10.    Notice of Agenda of Matters Scheduled for Hearing on November 14, 2006 (Docket No. 155).

11.    Debtor-In-Possession Monthly Operating Report for Filing Period October 2006 (Docket No. 166).

12.    Declaration of Thomas J. Leanse Regarding Notice of Cancellation of Debtor's Liquor Liability Policy (Docket No. 177).

13.    Order Granting Debtor's Motion Extending Time to Assume or Reject Nonresidential Real Property Lease (Docket No. 179).

14.    Notice of Service of Notice of Reinstatement (Docket No. 180).

15.    Supplemental Debtor-in-Possession Monthly Operating Report for filing period August 1 – September 30, 2006 (Docket No. 202).

16.    Appellant's Designation of Items for Inclusion in Record on Appeal and Statement of Issues (Docket No. 203).

17.    Transcript of Proceedings held September 21, 2006.

18.    Transcript of Proceedings held November 14, 2006 (Docket No. 215).

19.    CityPlace Exhibit 1 admitted into evidence at September 21, 2006 hearing (Indenture of Lease dated May 2, 2001) .

2

20.    CityPlace Exhibit 2 admitted into evidence at September 21, 2006 hearing (First Amendment to Lease dated June 3, 2002).

21.    CityPlace Exhibit 3 admitted into evidence at September 21, 2006 hearing (Second Amendment to Lease dated August 19, 2003).

22.    CityPlace Exhibit 4 admitted into evidence at September 21, 2006 hearing (December 23, 2005 memorandum regarding 2006 rent and charges).

23.    CityPlace Exhibit 5 admitted into evidence at September 21, 2006 hearing (January 23, 2006 letter regarding correction to common area maintenance charges).

24.    CityPlace Exhibit 25 admitted into evidence at September 21, 2006 hearing (Release dated August 24, 2004).

25.    CityPlace Exhibit 27 admitted into evidence at September 21, 2006 hearing (*Curriculum Vitae* for Robert W. Powell, Jr.).

26.    Debtor Exhibit 1 admitted into evidence at September 21, 2006 hearing (CityPlace Retail, L.L.C. Year 2006 Operational Budget (Retail Only)).

27.    Debtor Exhibit 2 admitted into evidence at September 21, 2006 hearing (CityPlace Retail LLC 2006 Real Estate Taxes – Accrual).

28.    Debtor Exhibit 3 admitted into evidence at September 21, 2006 hearing (CityPlace Retail LLC Real Estate Taxes 2005 Accrual).

29.    Debtor Exhibit 5 admitted into evidence at September 21, 2006 hearing (CityPlace Retail LLC Real Estate Taxes Analysis Calendar Year 2003 Reconciliation).

30.    Debtor Exhibit 6 admitted into evidence at September 21, 2006 hearing (January 23, 2006 letter regarding correction to common area maintenance charges).

3

31.    Debtor Exhibit 8 admitted into evidence at September 21, 2006 hearing (various notices regarding 2003 CAM reconciliation, 2004 billing estimates, 2004 CAM reconciliation, and 2004 real estate tax reconciliation).

32.    Debtor Exhibit 9 admitted into evidence at September 21, 2006 hearing (CAM Reconciliation Calendar Year 2003).

33.    Debtor Exhibit 10 admitted into evidence at September 21, 2006 hearing (CityPlace Retail LLC CAM Reconciliation Calendar Year 2004).

34.    Debtor Exhibit 11 admitted into evidence at September 21, 2006 hearing (CityPlace Retail, L.L.C. Year 2005 Operational Budget (Retail Only)).

35.    Debtor Exhibit 14 admitted into evidence at September 21, 2006 hearing (various e-mails).

36.    Debtor Exhibit 16 admitted into evidence at September 21, 2006 hearing (Indenture of Lease dated May 2, 2001, First Amendment to Lease dated June 3, 2002, and Second Amendment to Lease dated August 19, 2003).

37.    Debtor Exhibit 17 admitted into evidence at September 21, 2006 hearing (The Palladium at CityPlace General Ledger for 01/03 – 12/03).

4

38.    Debtor Exhibit 18 admitted into evidence at September 21, 2006 hearing

(The Palladium at CityPlace General Ledger for 01/04 – 12/04).


Dated:  December 28, 2006
        Wilmington, Delaware

**BALLARD SPAHR ANDREWS &
INGERSOLL, LLP**

/s/ Jennifer A. L. Kelleher
Tobey M. Daluz, Esq. (No. 3939)
Jennifer A.L. Kelleher, Esq. (No. 3960)
919 North Market Street, 12th Floor
Wilmington, DE  19801
Phone:  302.252.4465
Facsimile:  302.252.4466
E-mail:  daluzt@ballardspahr.com
            kelleherj@ballardspahr.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Thomas J. Leanse, Esquire
Brian D. Huben, Esquire
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Phone:  310.788.4400
Facsimile:  310.788.4471
E-mail:  thomas.leanse@kattenlaw.com
            brian.huben@kattenlaw.com

Attorneys for Appellee CityPlace Retail, L.L.C.

31349975