IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Resort of Palm Beach LLC

---

| | | |
|---|---|---|
| Resort of Palm Beach LLC | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-801 |
| v. | ) | |
| | ) | |
| CityPlace Retail LLC | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 06-10798 |
| | | Bankruptcy Appeal No. 06-80 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/28/06 was docketed in the District Court on 12/29/06:

> Order Denying Motion of Debtor for Order Altering, Amending and Modifying September 29, 2006 Decision and Order Pursuant to Federal Rules of Bankruptcy Procedure 9023 and/or 9024 and Bankruptcy Code Section 105.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   January 3, 2007

To:   U.S. Bankruptcy Court
Counsel