# LOIZIDES & ASSOCIATES

Christopher D. Loizides
*Admitted in DE, PA, NJ, NY and DC*

Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
TEL: 302-654-0248
FAX: 302-654-0728
www.loizides.com

Christopher D. Loizides
*Direct Dial:*
302-691-0575
loizides@loizides.com

January 19, 2007

**VIA TELECOPIER**

Douglas E. Spelfogel, Esquire
Baker & Hostetler LLP
666 Fifth Avenue
New York, NY 10103

    Re:  <u>In re: Resort of Palm Beach, LLC, Case No.06-10798</u>

Dear Doug:

    This is to confirm our agreement to extend the objection deadline as to the following motions to February 2, 2007:

    (1)  Motion of Jeffrey B. Cohen and Insurance Designers of Maryland to Withdraw the Reference of Debtor's Motion for Entry of an Order Holding Jeffrey Cohen and Insurance Designers of Maryland, Inc. in Contempt for Violation of the Automatic Stay and for Related Relief, Docket #234;

    (2)  Motion of Jeffrey B. Cohen and Insurance Designers of Maryland, Inc. to Stay Adjudication of Debtor's Motion for Entry of an Order Holding Them in Contempt for Violation of the Automatic Stay and for Related Relief Pending the District Court's Decision on Motion to Withdraw the Reference, Docket #236; and

    (3)  Motion of Jeffrey B. Cohen and Insurance Designers of Maryland, Inc. for a Determination With Respect to Whether Proceeding is Core or Non-Core, Docket #237.

    In addition, this is to confirm that we have agreed to extend the hearing date on the motion to stay and the motion to determine until the next omnibus hearing

070119114901.DOC

Date following January 26, 2007. I will also assume that a hearing on the stay violation motion will not be scheduled until after there is a hearing on the motion to stay.

                                                  Sincerely,

                                                  Christopher D. Loizides

CDL:mkm