IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Resort of Palm Beach LLC

| | | |
|---|---|---|
| Resorts of Palm Beach LLC, | ) | Civil Action No: 06-cv-801 SLR |
| | ) | |
| Appellant | ) | Bankruptcy No: 06-10798 CSS |
| | ) | Bankruptcy Appeal No: 06-80 |
| v. | ) | |
| | ) | |
| CityPlace Retail LLC, | ) | |
| | ) | |
| Appellee | ) | |

**STIPULATION TO WITHDRAW WITH PREJUDICE NOTICE OF APPEAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Appellant, RESORT OF PALM BEACH LLC, and Appellee, CITYPLACE RETAIL LLC, through the undersigned attorneys, that Appellant's Notice of Appeal filed with the Bankruptcy Court on December 8, 2006 and docketed with this Court on December 29, 2006 is withdrawn with prejudice with all parties to bear their own costs.

Dated: August 30, 2007    Cooper Levenson April Niedelman & Wagenheim, P.A.

By: /s/ Erin K. Brignola
   Erin K. Brignola, Esquire (2723)
   30 Fox Hunt Drive
   Bear, DE 19701
   (302) 838-2600
   (302) 838-1942
   *Counsel to Alfred T. Giuliano, Trustee for Debtor\ Appellant*

Ballard, Spahr, Andrews, Ingersoll LLP

By: /s/ Jennifer A. L. Kellher
   Jennifer A. L. Kelleher, Esq. (3960)
   919 N. Market Street, 12th Floor
   Wilmington, DE 19801
   (302) 252-4465
   (302) 252-4466
   *Counsel for the Appellee*